# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WBL SPO I, LLC

VERSUS

ASG SPORTS, INC AND VALERIAN
GIOVANNI OWENS A/K/A
VALERIAN G. OWENS

NO. 2021 CW 0224

MARCH 12, 2021

---

In Re:    WBL, SPO I, LLC, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 695781.

---

BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.

   **WRIT DISMISSED.**   This  writ  application  is  dismissed
pursuant to relator's motion advising that this writ application
is now moot and requesting that it be dismissed.

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT